**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

DAVID LEE CLARK, III,

          Plaintiff,

v.                                CIVIL ACTION NO. 3:25-0738

WV STATE POLICE and
OFFICER B M HODGES,

          Defendants.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Jospeh K. Reeder, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that Plaintiff's Motion to Dismiss (ECF No. 9) be granted, Plaintiff's *pro se* complaint be dismissed, and this action be removed from the docket of the Court. No objections to the Magistrate Judge's findings and recommendation have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **ORDERS** that Plaintiff's Motion to Dismiss (ECF No. 9) be **GRANTED**, Plaintiff's *pro se* complaint be **DISMISSED**, and this action be **REMOVED** from the docket of the Court, consistent with the findings and recommendation.

-2-

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER:        April 8, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE

-2-